### BROWN *v.* JOHNSON.

ATKINSON, J. · There being no complaint that any error of law was committed upon the trial, and the verdict not being without evidence to support it, the court did not err in refusing to grant a new trial.

*Judgment affirmed. All the Justices concur.*

APRIL 10, 1912.

Before Judge Martin. Dodge superior court. February 21, 1911.

*W. L. & Warren Grice, Charles W. Griffin,* and *Herbert L. Grice,* for plaintiff in error. *Roberts & Smith* and *J. A. Neese,* contra.